IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-616 MIS |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. § 242: Deprivation of |
| | ) | Rights Under Color of Law; |
| **EDUARDO PRAT**, | ) | |
| | ) | Count 2: 18 U.S.C. § 1519: Destruction, |
| Defendant. | ) | Alteration, or Falsification of Records in |
| | ) | Federal Investigations. |

## INDICTMENT

The Grand Jury charges:

### Introduction

At all times relevant to this indictment:

1.      The United States Border Patrol is a federal law enforcement agency in the District of New Mexico and elsewhere.

2.      **EDUARDO PRAT** was a Border Patrol Agent with the United States Border Patrol in May 2023.

3.      Paragraphs 1 and 2 are hereby incorporated by reference into the counts set forth below.

### Count 1

On or about May 22, 2023, in Doña Ana County, in the District of New Mexico, the defendant, **EDUARDO PRAT**, while acting under color of law, strangled John Doe while John Doe was handcuffed, willfully depriving John Doe of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer.

In violation of 18 U.S.C. § 242.

Count 2

From on or about May 22, 2023, and continuing to on or about June 12, 2023, in Doña Ana County, in the District of New Mexico, the defendant, **EDUARDO PRAT**, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and  made a false entry in a record, document, and tangible object, the Incident-Driven Video Recording System, with the intent to impede, obstruct, and influence the investigation and proper administration of a use-of-force incident, a matter that the defendant knew and contemplated was within the jurisdiction of a department and agency of the United States.

In violation of 18 U.S.C. § 1519.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*RCW 2/11/2026*

2